# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ERWIN ROMEL YEPEZ, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:22-cv-30 |
| | * | |
| v. | * | |
| | * | |
| FOLKSTON DETENTION CENTER ICE; | * | |
| and OFFICER COOPER, | * | |
| | * | |
| Respondents. | * | |

### ORDER

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 10. Petitioner Erwin Yepez ("Yepez") did not file Objections to this Report and Recommendation. In fact, the Court's mailing was returned as undeliverable, with the notations: "Return to Sender, No Longer Here" and "Return to Sender, Not Deliverable as Addressed, Unable to Forward." Dkt. No. 11 at 1.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS as unopposed** Respondents' Motion to Dismiss, **DISMISSES as moot** and **without prejudice** Yepez's 28 U.S.C. § 2241 Petition for

AO 72A
(Rev. 8/82)

Writ of Habeas Corpus, **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal, and **DENIES** Yepez *in forma pauperis* status on appeal.

**SO ORDERED**, this 18 day of July, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA