AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ERWIN ROMEL YEPEZ,

    Petitioner,

    v.

FOLKSTON DETENTION CENTER ICE; and OFFICER COOPER,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:22-cv-030

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated July 18, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Respondent's motion to dismiss is granted as unopposed, and Petitioner's 28 U.S.C. § 2241 petition is dismissed without prejudice. Additionally, Petitioner is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _/s/_

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: July 18, 2022

John E. Triplett, Acting Clerk
Clerk

_/s/ Jamie Sabalza_
(By) Deputy Clerk